Alan S. Petlak (SBN 179362)
petlaka@ballardspahr.com
Rosina M. Hernandez (SBN 256303)
hernandezr@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Christopher J. Willis, *admitted pro hac vice*
Stefanie H. Jackman, *admitted pro hac vice*
Ross M. Speier, *admitted pro hac vice*
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: (678) 420-9300
Facsimile: (678) 420-9301

Attorneys for Defendant Mutual of Omaha Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA and JOHN LABAJO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST INTERNATIONAL BANK & TRUST, and MUTUAL OF OMAHA BANK,<br><br>Defendants. | CASE NO. EDCV 13-01861-VAP (DTBx)<br><br>**DECLARATION OF WES SUMMA FILED IN SUPPORT OF DEFENDANT MUTUAL OF OMAHA BANK'S MOTION TO COMPEL ARBITRATION AND DISMISS**<br><br>Action filed:  October 15, 2013<br>Date:  March 10, 2014<br>Time:  2:00 p.m.<br>Ctrm.:  2<br>Judge:  Hon. Virginia A. Phillips |

I, Wes Summa, hereby declare and state as follows:

1. I am the Operations Manager at CWB Services, LLC ("CWB"), which services loans originated by Sandpoint Capital, LLC ("Sandpoint"). I am authorized to make this declaration on behalf of CWB in the above-referenced action in support of Mutual of Omaha

Bank's Motion to Compel Arbitration. I have personal knowledge of all facts stated herein, and if called as a witness, could and would competently testify to them under oath. I certify that I am over the age of 21, labor under no known disability, and am informed and believe that the matters stated herein are true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

2. I have been employed with CWB since 2009. In this capacity, I have knowledge of the facts and documents referenced in this declaration through my review of various records maintained by CWB in the ordinary course of its business. I also am familiar with and have personal knowledge regarding the systems of record that CWB uses to maintain information and documents relating to the loan accounts CWB services, including those serviced for Sandpoint.

3. Specifically, as part of CWB's ordinary course of business in servicing Sandpoint's loan accounts, CWB receives and maintains loan agreements and other account-related documentation, including records of customer loan applications and agreements on the accounts being serviced.

4. Included within the portfolio of loans CWB services for Sandpoint is a loan originated to John Labajo on January 27, 2012 for $300.00. I have personally reviewed the records relating to John Labajo's loan that CWB received from Sandpoint, and attached hereto as Exhibit A is a true and correct copy of the Loan Application completed by John Labajo, as well as the Loan Note and Disclosure executed between John Labajo and Sandpoint on January 27, 2012, as maintained in CWB's database. As part of its regular course of business, CWB requests and maintains the loan agreements on the loan accounts that it serves, as well as the ACH authorizations contained therein, which are necessary to process any ACH payments on the loan.

**Arbitration Provisions**

5.  Arbitration provisions are included in the Loan Application and Loan Note and Disclosure executed by John Labajo. Ex. A. at pp. 2, 4.

6.  Specifically, the following arbitration provision appears in both the Loan Application and Loan Note and Disclosure executed by John Labajo:

> **Arbitration of All Disputes:** You and we agree that any and all claims, disputes or controversies between you and us, any claim by either of us against the other (or the employees, officers, directors, agents, servicers or assigns of the other), and any claim arising from or relating to your application for this loan, regarding this loan or any other loan you previously or may later obtain from us, this Note, this agreement to arbitrate all disputes, your agreement not to bring, join or participate in class actions, regarding collection of the loan, alleging fraud or misrepresentation, whether under common law or pursuant to federal, state or local statute, regulation or ordinance, including disputes regarding the matters subject to arbitration, or otherwise, shall be resolved by binding individual (and not joint) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF") in effect at the time the claim is filed. No class arbitration. All disputes including any Representative Claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION. This agreement to arbitrate all disputes shall apply no matter by whom or against whom the claim is filed.

Ex. A at pp. 2, 4 (emphasis in original).

7.  Also prominently set forth in both the Loan Application and Loan Note and Disclosure in bold, capitalized letters, was the following statement:

> **NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.**

3
DECLARATION OF WES SUMMA

Ex. A at pp. 2, 4 (emphasis in original).

8. Both the Loan Application and Loan Note and Disclosure also disclosed that: "[b]y signing below you also agree to the Agreement to Arbitrate All Disputes and the Agreement Not to Bring, Join or Participate in Class Actions." Ex. A at pp. 2, 4.

9. In addition, the Loan Note and Disclosure contains several additional disclosures and notifications, placed immediately above and next to the signature line, regarding the arbitration clause being agreed to in connection with executing the Loan Note and Disclosure:

**YOU AGREE TO ALL THE TERMS OF THIS NOTE, INCLUDING THE AGREEMENT TO ARBITRATE ALL DISPUTES AND THE AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS.**

\* \* \*

**INSTRUCTIONS: THIS NOTE IS SUBJECT TO APPROVAL.** Read the entire Note. By acknowledging the typed signature below, you agree all of the loan terms are acceptable to you.

Ex. A at p. 4 (emphasis in original).

10. According to our records, which include the Loan Application and Loan Note and Disclosure, Mr. Labajo submitted his application and provided his electronic signature on both the Loan Application and Loan Note and Disclosure acknowledging that he had read and agreed to all of the notices and disclosures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2014.

WES SUMMA

4
DECLARATION OF WES SUMMA

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2014, I electronically filed a true and correct copy of the foregoing **DECLARATION OF WES SUMMA FILED IN SUPPORT OF DEFENDANT MUTUAL OF OMAHA BANK'S MOTION TO COMPEL ARBITRATION AND DISMISS** through the Court's CM/ECF system, which will send a notice of electronic filing.

/s/ Alan S. Petlak
Alan S. Petlak